UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOSE LAURO HINOJOSA and JACQUELINE FUENTES, | § § § | |
| Plaintiffs, | § § | |
| v. | § | EP-20-CV-00315-FM |
| STRATEGIC SECURITY CORPORATION, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Before the court is "Agreed Stipulation of Dismissal with Prejudice" ("Stipulation") [ECF No. 33], filed March 18, 2022 by Plaintiffs Jose Lauro Hinojosa and Jacqueline Fuentes and Defendant Strategic Security Corporation (collectively, "Parties"). Therein, the Parties stipulate to dismissal of this cause with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Stipulation is signed by the Parties' attorneys.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

---

[1] "Agreed Stipulation of Dismissal with Prejudice" ("Stip.") 1, ECF No. 33, filed Mar. 18, 2022.

[2] FED. R. CIV. P. 41(a)(1)(A)(ii).

[3] Stip. at 1–2.

1

3. It is **FURTHER ORDERED** that the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **24th** day of **March 2022**.

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**